# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANBY DIVISION

| | |
|---|---|
| CASSANDRA MARSHALL,<br>INDIVIDUALLY, AND APONDREA<br>MARSHALL, INDIVIDUALLY AND AS<br>NEXT FRIEND OF CASSANDRA<br>MARSHALL,<br><br>    Plaintiff,<br><br>v.<br><br>JYOTIR MEHTA, M.D., LUNG<br>DIAGNOSTICS LLC, DEBORAH Z.<br>MCCARTHY, MARK N. BURNS, M.D.,<br>SOUTHWEST GEORGIA<br>PATHOLOGY, SOUTHERN<br>HEALTHCARE MANAGEMENT, INC.,<br>JOHN THOMAS DUELGE, M.D.,<br>PHOEBE CANDER CENTER,<br>PALMYRA PARK HOSPITAL, INC.,<br>d/b/a PALMYRA MEDICAL CENTER,<br>PHOEBE PUTNEY MEMORIAL<br>HOSPITAL, INC. and AMERICAN RED<br>CROSS, SOUTHEAST DIVISION,<br><br>    Defendants. | CIVIL ACTION NO.<br>09-CV-156 |

## NOTICE OF CONSENT ORDER DISMISSING PALMYRA PARK HOSPITAL d/b/a PALMYRA MEDICAL CENTER

COMES NOW, Palmyra Park Hospital d/b/a Palmyra Medical Center and shows this Court it was dismissed from the above-styled civil action by a Consent Order signed by the Honorable Willie Lockette in the Court of Dougherty County

Superior Court on October 23, 2009 (attached hereto as Exhibit "A"), the same day the above-styled case was removed to this Court.  Palmyra Park Hospital d/b/a Palmyra Medical Center respectfully requests that it be removed from the style of this case in future notices and pleadings.

    This 10th day of November, 2009.

                                      Respectfully submitted,

                                      *s/ Cristina G. Azar*

                                      KEVIN P. RACE
                                      Georgia Bar No. 591590
                                      CRISTINA G. AZAR
                                      Georgia Bar No. 443680

                                      Counsel for Palmyra Park Hospital, Inc., d/b/a Palmyra Medical Center

INSLEY & RACE, LLC
The Mayfair Royal
181 14th Street, NE, Suite 200
Atlanta, Georgia 30309
(404) 876-9818
(404) 876-9817 (fax)

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing **NOTICE OF CONSENT ORDER DISMISSING PALMYRA PARK HOSPITAL d/b/a PALMYRA MEDICAL CENTER** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

**Counsel for Plaintiff:**
T. MILLIS FLEMING
200 East Saint Julian Street
Savannah, Georgia 31401

SCOTT S. LIBERMAN
700 Southeast Third Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, FL 33316

**Counsel for Defendant Jyotir Mehta, M.D., Lung Diagnostics, LLC**
Walter Earl McCall
Charles Knox Wainright, II
McCall Williams
P.O. Box 71747
Albany, GA 31708-1747

**Counsel for Defendant Mark N. Burns, M.D., Southwest Georgia Pathology and Southern Healthcare Management, Inc**
Terrell W. Benton, III
Jack G. Slover, Jr.
Hall Booth Smith & Slover
1180 West Peachtree Street, NW

Suite 900
Atlanta, GA 30309-3479

**American Red Cross**
Scott P. Kerew
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLP
950 East Paces Ferry Road
Suite 3000
Atlanta, GA 30326

This 10th day of November, 2009.

                                                  Respectfully submitted,

                                                  *s/ Cristina G. Azar*

                                                  KEVIN P. RACE
                                                  Georgia Bar No. 591590
                                                  CRISTINA G. AZAR
                                                  Georgia Bar No. 443680

                                                  Counsel for Palmyra Park Hospital, Inc., d/b/a Palmyra Medical Center

INSLEY & RACE, LLC
The Mayfair Royal
181 14th Street, NE, Suite 200
Atlanta, Georgia 30309
(404) 876-9818
(404) 876-9817 (fax)