Case 1:09-cv-00156-WLS   Document 11   Filed 11/20/09   Page 1 of 3

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CASSANDRA MARSHALL, INDIVIDUALLY AND APONDREA MARSHALL, INDIVIDUALLY AND AS NEXT FRIEND OF CASSANDRA MARSHALL,<br><br>        Plaintiffs,<br><br>vs.<br><br>JYOTIR MEHTA, M.D., LUNG DIAGNOSTICS LLC, DEBORAH Z. MCCARTHY, MARK N. BURNS, M.D., SOUTHWEST GEORGIA PATHOLOGY, SOUTHERN HEALTHCARE MANAGEMENT, INC., JOHN THOMAS DUELGE, M.D., PHOEBE CANCER CENTER, PHOEBE PUTNEY MEMORIAL HOSPITAL, INC. and AMERICAN RED CROSS, SOUTHEAST DIVISION,<br><br>        Defendants. | **CV: 1:09-CV-00156 WLS** |

## NOTICE OF APPEARANCE

NOW COMES the undersigned, **Jennifer J. Dickinson,** and files this Notice of Appearance as additional counsel for Plaintiffs in the above-referenced case.

        s/ Jennifer J. Dickinson
        Jennifer J. Dickinson
        Georgia Bar Number 221145
        Hunter, Maclean, Exley & Dunn, P.C.
        P.O. Box 9848
        200 E. Saint Julian Street
        Savannah, GA 31412-0048
        Phone: (912) 236-0261
        Fax: (912) 236-4936
        jdickinson@HunterMaclean.com
        *Counsel for Plaintiffs*

804854-01

CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the within and foregoing Plaintiffs' Notice of Appearance hereof upon all counsel of record by depositing same into the United States Mail in an envelope with adequate postage affixed thereon and addressed as follows:

**KEVIN P. RACE, ESQUIRE**
**CRISTINA G. AZAR, ESQUIRE**
Insley & Race, LLC
The Mayfair Royal
181 14th Street, NE, Suite 200
Atlanta, GA 30309
Office:          (404) 876-9818
Fax:             (404) 876-9817

**COUNSEL FOR:**
Palmyra Park Hospital, Inc. d/b/a
Palmyra Medical Center

**JOSEPH P. DURHAM, JR., ESQUIRE**
Langley & Lee, LLC
1604 W. Third Avenue
Albany, GA 31707
Office:          (229) 431-3036
Fax:             (229) 431-2249

**COUNSEL FOR:**
Phoebe Putney Memorial
Hospital, Inc.; John Thomas
Duelge, M.D.; Phoebe Cancer
Center; and Deborah Z. McCarthy

**JACK G. SLOVER, JR., ESQUIRE**
Hall, Booth, Smith & Slover, P.C.
Atlantic Center Plaza, Suite 900
1180 W. Peachtree Street, NW
Atlanta, GA 30309-3479
Office:          (404) 954-5000
Fax:             (404) 954-5020

**COUNSEL FOR:**
Mark N. Burns, M.D.; Southwest
Georgia Pathology and Southern
Healthcare Management, Inc.

**CHARLES K. WAINWRIGHT, II ESQUIRE**
**W. EARL McCALL, ESQUIRE**
McCall, Williams, Wilmot & Powell, LLC
1101 Valley Road
P.O. Box 71747
Albany, GA 31707
Office:          (229) 888-2600
Fax:             (229) 888-3330

**COUNSEL FOR:**
Jyotir Mehta, M.D. and
Lung Diagnostics, LLC

**SCOTT P. KEREW, ESQUIRE**
Weinberg Wheeler Hudgins Gunn & Dial
950 E. Paces Ferry Road N.E., Suite 3000
Atlanta, GA 30326
Office:          (404) 876-2700
Fax:             (404) 875-9433

**COUNSEL FOR:**
American Red Cross, Southern
Division

This 20th day of November, 2009.

                                                **COUNSEL FOR PLAINTIFFS**

                                                Scott S. Liberman, Esquire
                                                Florida Bar No. 850780

Krupnick, Campbell, Malone, Buser,
Slama, Hancock, Liberman & McKee, P.A.
700 S.E. 3rd Avenue – Suite 100
Fort Lauderdale, FL  33316
Phone:  954/763-8181

                                    By:    <u>s/ Jennifer Dickinson</u>
                                                  T. Mills Fleming, Esquire
                                                  Georgia Bar No. 263560
                                                  Jennifer J. Dickinson
                                                  Georgia Bar No. 221145

Hunter, Maclean, Exley & Dunn, P.C.
200 E. Saint Julian Street
Savannah, GA 31412
Phone: 912/236-0261

804854-01