UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CASSANDRA MARSHALL, INDIVIDUALLY AND APONDREA MARSHALL, INDIVIDUALLY AND AS NEXT FRIEND OF CASSANDRA MARSHALL, <br><br>  Plaintiffs, <br><br> vs. <br><br> JYOTIR MEHTA, M.D., LUNG DIAGNOSTICS LLC, DEBORAH Z. MCCARTHY, MARK N. BURNS, M.D., SOUTHWEST GEORGIA PATHOLOGY, SOUTHERN HEALTHCARE MANAGEMENT, INC., JOHN THOMAS DUELGE, M.D., PHOEBE CANCER CENTER, PHOEBE PUTNEY MEMORIAL HOSPITAL, INC. and AMERICAN RED CROSS, SOUTHEAST DIVISION, <br><br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) **CV: 1:09-CV-00156 WLS** ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

NOW COME the Plaintiffs in the above-styled action, **CASSANDRA MARSHALL, Individually and APONDREA MARSHALL, Individually and as Next Friend of CASSANDRA MARSHALL**, by and through their undersigned attorneys, hereby file this Motion for Voluntary Dismissal Without Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and Memorandum of Law in Support thereof and state as follows:

804818-01

1

1.	On September 24, 2009, Plaintiffs filed their action for professional negligence against Defendants, Jyotir Mehta, M.D., Lung Diagnostics LLC, Deborah Z. McCarthy, Mark N. Burns, M.D., Southwest Georgia Pathology, Southern Healthcare Management, Inc., John Thomas Duelge, M.D., Phoebe Cancer Center, Palmyra Park Hospital, Inc. d/b/a Palmyra Medical Center, Phoebe Putney Memorial Hospital, Inc., and American Red Cross, Southeast Division.

2.	On October 23, 2009, Defendant, American Red Cross, Southeast Division, removed this action to this Court pursuant to 28 U.S.C §1441(b) based upon jurisdiction under 36 U.S.C § 300105(a)(5), which provides federal jurisdiction over claims against the Defendant, American Red Cross, Southeast Division.

3.	Plaintiffs have now agreed to dismiss their claim without prejudice against Defendant, American Red Cross, Southeast Division, and Defendant, American Red Cross, Southeast Division, agrees to the dismissal of said claims.

4.	Because Defendant, American Red Cross, Southeast Division, has served an answer to Plaintiffs' complaint, Plaintiffs are not able to effect the dismissal via Rule 41(a)(1)(A) and hence file the instant motion pursuant to Rule 41(a)(2).

**MEMORANDUM OF LAW**

Federal Rule 41 (a)(2) provides that after an answer has been filed and in the absence of the consent of the parties, "an action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms and conditions as the court deems proper." The purpose of the Rule "is primarily to prevent

804818-01

2

voluntary dismissals which unfairly affect the other side, and to permit the imposition of curative conditions." *McCants v. Ford Motor Co. Inc.*, 781 F.2d 855, 856 (11th Cir. 1986). In considering such a motion, "the court should keep in mind the interests of the defendant, for Rule 41(a)(2) exists chiefly for protection of defendants." *Fisher v. Puerto Rico Marine Management, Inc.*, 940 F.2d 1502, 1503 (11th Cir. 1991). The Rule does not, however, protect defendants from all potential disadvantages that may result from dismissal. Rather, Rule 41 serves to protect defendants from legal prejudice, while at the same time, allowing plaintiffs to voluntarily dismiss their actions on such terms as are just. *Daker v. Ferrero*, 2007 WL1100463 *1 (S.D.Fla. 2007).

In this case, Defendants will suffer no prejudice by dismissal of this action against the American Red Cross, Southeast Division. No dispositive motions are pending. Discovery has not occurred. Dismissal of Plaintiffs' claim at this time would be just and judicially economical. Furthermore, with the elimination of the sole basis for federal jurisdiction, it would allow remand to Plaintiffs' chosen forum.

WHEREFORE, Plaintiffs hereby request that the Court grant their motion for voluntary dismissal without prejudice as to Defendant, American Red Cross, Southeast Division.

This 20th day of November, 2009.

**COUNSEL FOR PLAINTIFFS**

Scott S. Liberman
Florida Bar No. 850780

Krupnick, Campbell, Malone, Buser,
Slama, Hancock, Liberman & McKee, P.A.
700 S.E. 3rd Avenue – Suite 100
Fort Lauderdale, FL  33316
Phone:  954/763-8181


By:   /s/ Jennifer Dickinson
T. Mills Fleming, Esquire
Georgia Bar No. 263560
Jennifer J. Dickinson
Georgia Bar No. 221145

Hunter, Maclean, Exley & Dunn, P.C.
200 E. Saint Julian Street
Savannah, GA 31412
Phone: 912/236-0261

804818-01

4

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served a copy of the within and foregoing Plaintiffs' Motion for Voluntary Dismissal Without Prejudice and Memorandum of Law in Support Thereof upon all counsel of record by depositing same into the United States Mail in an envelope with adequate postage affixed thereon and addressed as follows:

**KEVIN P. RACE, ESQUIRE**
**CRISTINA G. AZAR, ESQUIRE**
Insley & Race, LLC
The Mayfair Royal
181 14th Street, NE, Suite 200
Atlanta, GA 30309
Office:          (404) 876-9818
Fax:              (404) 876-9817

**COUNSEL FOR:**
Palmyra Park Hospital, Inc. d/b/a
Palmyra Medical Center

**JOSEPH P. DURHAM, JR., ESQUIRE**
Langley & Lee, LLC
1604 W. Third Avenue
Albany, GA 31707
Office:          (229) 431-3036
Fax:              (229) 431-2249

**COUNSEL FOR:**
Phoebe Putney Memorial
Hospital, Inc.; John Thomas
Duelge, M.D.; Phoebe Cancer
Center; and Deborah Z. McCarthy

**JACK G. SLOVER, JR., ESQUIRE**
Hall, Booth, Smith & Slover, P.C.
Atlantic Center Plaza, Suite 900
1180 W. Peachtree Street, NW
Atlanta, GA 30309-3479
Office:          (404) 954-5000
Fax:              (404) 954-5020

**COUNSEL FOR:**
Mark N. Burns, M.D.; Southwest
Georgia Pathology and Southern
Healthcare Management, Inc.

**CHARLES K. WAINWRIGHT, II ESQUIRE**
**W. EARL McCALL, ESQUIRE**
McCall, Williams, Wilmot & Powell, LLC
1101 Valley Road
P.O. Box 71747
Albany, GA 31707
Office:          (229) 888-2600
Fax:              (229) 888-3330

**COUNSEL FOR:**
Jyotir Mehta, M.D. and
Lung Diagnostics, LLC

**SCOTT P. KEREW, ESQUIRE**
Weinberg Wheeler Hudgins Gunn & Dial
950 E. Paces Ferry Road N.E., Suite 3000
Atlanta, GA 30326
Office:          (404) 876-2700
Fax:              (404) 875-9433

**COUNSEL FOR:**
American Red Cross, Southern
Division

804818-01

This 20th day of November, 2009.

        **COUNSEL FOR PLAINTIFFS**

        Scott S. Liberman, Esquire
        Florida Bar No. 850780

Krupnick, Campbell, Malone, Buser,
Slama, Hancock, Liberman & McKee, P.A.
700 S.E. 3rd Avenue – Suite 100
Fort Lauderdale, FL  33316
Phone:  954/763-8181

        By:    /s/ Jennifer Dickinson
               T. Mills Fleming, Esquire
               Georgia Bar No. 263560
               Jennifer J. Dickinson
               Georgia Bar No. 221145

Hunter, Maclean, Exley & Dunn, P.C.
200 E. Saint Julian Street
Savannah, GA 31412
Phone: 912/236-0261