**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

CASSANDRA MARSHALL, *individually*    :
AND APONDREA MARSHALL,                      :
*individually and as next friend of*          :
CASSANDRA MARSHALL,                          :
                                                           :
     Plaintiffs,                                    :
                                                           :
v.                                                        :     CASE NO.: 1:09-CV-156 (WLS)
                                                           :
JYOTIR MEHTA, M.D., *et al.*,                 :
                                                           :
     Defendants.                                  :
_____:

**ORDER**

Before the Court are Plaintiffs' Motion for Remand (Doc. 12) and Plaintiffs' Motion for Voluntary Dismissal Without Prejudice (Doc. 13). For the following reasons, Plaintiffs' Motion for Remand (Doc. 12) and Plaintiffs' Motion for Voluntary Dismissal Without Prejudice (Doc. 13) are **GRANTED**.

On October 23, 2009, this matter was removed from state court to this Court by action of Defendant American Red Cross, Southeast Division. (Doc. 1). Plaintiffs' Motion for Remand (Doc. 12) states that this matter's sole basis for federal jurisdiction is the inclusion of American Red Cross, Southeast Division, as a Defendant. (Doc. 12 at 2; *see* Doc. 1). Accordingly, Plaintiffs' Motion for Dismissal Without Prejudice (Doc. 13) moves the Court to dismiss Defendant American Red Cross, Southeast Division, which would effectively eliminate this matter's federal nexus. (*See* Doc. 12 at 2). Consequently, because all bases for federal jurisdiction will have been severed, Plaintiffs assert that remand to state court would be

1

appropriate.  (Doc. 12 at 2).  None of the ten (10) Defendants[1] have responded in opposition to Plaintiffs' two motions (*see* Docket), and the time for response under the Local Rules has expired.  *See* M.D. Ga. Local R. 7.2.

Federal Rule of Civil Procedure 41 provides that if Answers have already been filed in a matter – which is the case here (*see* Docs. 2 to 8) – and if no stipulation of dismissal has been signed by all parties who have appeared – which is also the case here – then "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper" and "[u]nless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."  Fed. R. Civ. P. 41(a).  Given that Plaintiffs' Motion for Voluntary Dismissal Without Prejudice (Doc. 13) is unopposed by any Defendant (*see* Docket), that Defendant American Red Cross, Southeast Division purportedly agrees to the dismissal (Doc. 13 at ¶ 3), and that no Defendants have stated that they will be prejudiced by the dismissal of Defendant American Red Cross, Southeast Division and subsequent removal to state court, the Court finds Plaintiffs' Motion for Voluntary Dismissal Without Prejudice (Doc. 13), on the terms suggested by Plaintiffs, to be proper.

Therefore, Plaintiffs' Motion for Voluntary Dismissal Without Prejudice (Doc. 13) is **GRANTED**, and Defendant American Red Cross, Southeast Division is **DISMISSED WITHOUT PREJUDICE**.  Also, Plaintiffs' Motion for Remand (Doc. 12) is **GRANTED**, and

---

[1]    The Court notes that Defendant Palmyra Park Hospital Inc. was terminated on November 13, 2009.  (*See* Docket).

the above-captioned matter is **ORDERED** to be **REMANDED** to the state court from which it was removed.  Each Party shall bear its own costs.


        **SO ORDERED**, this  8th  day of January, 2010.


                              /s/ W. Louis Sands_____
                              **THE HONORABLE W. LOUIS SANDS,**
                              **UNITED STATES DISTRICT COURT**